# Court of Appeals
# of the State of Georgia

ATLANTA,___July 31, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A2043.  SALLU JABATI et al. v. CCB2, LLC.**

After default judgment was entered against defendants Sallu Jabati and SJ&J Spine and Pain Group, LLC, they filed a motion to set aside the judgment under OCGA § 9-11-60 (d) (3).  The trial court denied the motion, and the defendants filed this direct appeal.  But an appeal from the denial of a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal. OCGA § 5-6-35 (a) (8); see *MMT Enterprises, Inc. v. Cullars*, 218 Ga. App. 559, 561 (2) (462 SE2d 771) (1995). The defendants' failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_07/31/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*